**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Choice! Natural Gas, LP v. John  F.  Klosek

Appellate case number:    01-20-00737-CV

Trial court case number:  2019-89242

Trial court:                      334th District Court of Harris County

      Appellant, Choice! Natural Gas, LP, has filed a motion to stay the trial court proceedings pending the resolution of its appeal.  The motion for stay is **granted.**  All proceedings in the trial court are stayed until disposition of this appeal.

      It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                       Acting individually


Date:  December 1, 2020